**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RYAN L. APRILL, an individual, and THOMAS S. APRILL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHONY AQUILA, AQUILA FAMILY VENTURES, LLC, AFV FOUNDERS SELECT CAPITAL PARTNERS LLC, a/k/a AFV PARTNERS LLC, AFV MANAGEMENT ADVISORS LLC, AFV FSCP CO-INVESTMENT I LLC, a/k/a AFV PARTNERS CO-INVESTMENT I LLC, <br><br> Defendants. | Case No. 20-CV-04657 <br><br> Honorable Martha M. Pacold |

**AQUILA FAMILY VENTURES, LLC'S CORPORATE DISCLOSURE STATEMENT
UNDER FED. R. CIV. P. 7.1 AND L.R. 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2, Defendant Aquila Family Ventures, LLC states that it is a privately held corporation with no parent corporation and no publicly-held corporation owning any stock.

| | |
|---|---|
| Dated: October 1, 2020 | Respectfully submitted, |
| | |
| | */s/ Brian D. Sieve* |
| | Brian D. Sieve, P.C. (Illinois Bar No. 6199741)<br>Kate Guilfoyle (Illinois Bar No. 6309150)<br>(*pro hac vice* pending)<br>Lisa Santaniello (Illinois Bar No. 6333299)<br>(*pro hac vice* pending)<br>bsieve@kirland.com<br>kate.guilfoyle@kirkland.com<br>lisa.santaniello@kirland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: +1 312 862 2000<br>Facsimile: +1 312 862 2200 |
| | *Attorneys for Defendant Aquila Family Ventures, LLC* |

## **CERTIFICATE OF SERVICE**

I certify that on October 1, 2020, a copy of the foregoing was electronically filed in the court system, which will send such filing to all attorneys of record.

By: */s/ Brian D. Sieve*
Brian D. Sieve