Ryan L Aprill, et al.
                    Plaintiff,

v.
                                                       Case No.: 1:20−cv−04657
                                                         Honorable Martha M. Pacold

Anthony Aquila, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 10, 2020:

       MINUTE entry before the Honorable Martha M. Pacold:Plaintiffs' unopposed motion for leave to file oversized brief in response to defendants' motion to dismiss [28] is granted.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.