## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ryan L Aprill, et al.

                      Plaintiff,

v.                                                     Case No.: 1:20−cv−04657
                                                          Honorable Martha M. Pacold

Anthony Aquila, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 27, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion to stay discovery pending a ruling on the Motion to Dismiss [35] is granted. This Court has discretion to stay discovery in order to prevent "undue burden or expense.quot; Fed. R. Civ. P. 26(c); accord Patterson v. Avery Dennison Corp., 281 F.3d 676, 681 (7th Cir. 2002). A stay of discovery is particularly appropriate where a pending motion to dismiss could resolve the case as to the moving party. See, e.g., In re Sulfuric Acid Antitrust Litig., 231 F.R.D. 331, 337 (N.D. Ill. 2005); cf. Cigna Healthcare of St. Louis, Inc. v. Kaiser, 294 F.3d 849, 855 (7th Cir. 2002) ("[R]efusal to stay discovery on the merits... until the issue of arbitrability is resolved puts the cart before the horse. If a dispute is arbitrable, responsibility for the conduct of discovery lies with the arbitrators."). Here, the pending motion to dismiss [24] seeks to dismiss all claims by both Plaintiffs. Moreover, Plaintiffs have not established, or even clearly argued, that a stay of discovery will prejudice them. See In re Sulfuric Acid, 231 F.R.D. at 339 ("Speculation is not enough; the plaintiffs must demonstrate actual and substantial prejudice resulting from the denial of discovery." (internal quotation marks omitted)). A stay of discovery is therefore appropriate pending this court's ruling on the motion to dismiss, and the court finds that good cause exists to delay the Rule 16(c) scheduling conference. See Fed. R. Civ. P. 16(b)(2). Plaintiffs' motion for a Rule 16 scheduling conference [33] is denied. The court will rule on the motion to dismiss [24] by mail. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.