UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division

Ryan L Aprill, et al.
                        Plaintiff,

v.                                          Case No.: 1:20−cv−04657
                                                        Honorable Martha M. Pacold

Anthony Aquila, et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 25, 2022:

      MINUTE entry before the Honorable Maria Valdez: This matter has been referred to Judge Valdez for discovery supervision solely related to the arbitration issue. Document requests are to be served no later than 3/29/22, and discovery will close 6/3/22. The parties are to file a joint status report on discovery progress no later than 5/6/22. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.